1  Austin W. Anderson
   WATTS LAW FIRM, LLP
2  2506 N. Port Avenue
   Corpus Christi, TX 78401
3  1.800.301.2823
   *Attorneys for Plaintiffs,*
4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

SAN FRANCISCO DIVISION

8

| 9 | **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION** | ) ) ) ) | MDL NO. 1699 |
|---|---|---|---|
| 10 | | | District Judge: Charles R. Breyer |
| 11 | This Document Relates To:<br>*Delia Vera Pena v. Pfizer Inc., et al.* | ) ) ) | |
| 12 | (C-06-0097) | ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 13 | *Dale Richards v. Pfizer Inc., et al.*<br>(C 06 0359) | ) ) ) | |
| 14 | | ) | |
| 15 | *Kathryn E. Adair v. Pfizer Inc., et al.*<br>(3:06-cv-00360-CRB) | ) ) ) | |
| 16 | *Joan H. Grimsley v. Pfizer Inc., et al.*<br>(06-3164 CRB) | ) ) ) | |
| 17 | | ) | |
| 18 | *George Carey and Paula Y. Carey v. Pfizer Inc., et al.*<br>(06-3165 CRB) | ) ) ) ) | |
| 19 | | ) | |
| 20 | *Beverly Parr v. Pfizer Inc., et al.*<br>(06-3364 CRB) | ) ) ) | |
| 21 | *Shelia Lynn Campbell Yuras, Individually and as Representative of the Estate of Robert Kay Carpenter, Deceased v. Pfizer Inc., et al.*<br>(06-3366 CRB) | ) ) ) ) ) | |
| 22 | | | |
| 23 | | ) | |
| 24 | *Esther Luther, Individually and as Representative of the Estate of Harold Luther, Deceased v. Pfizer Inc., et al.* | ) ) ) ) | |
| 25 | (C-06-6005) | ) ) | |
| 26 | *Ava Purkey v. Pfizer Inc., et al.*<br>(C-06-6182) | ) ) ) | |
| 27 | | ) | |
| 28 | *Mary Amos v. Pfizer Inc., et al.*<br>(C-06-6259) | ) ) | |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | |
| 2 | *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* )<br>)<br>) |
| 3 | (C-06-6568 CRB) ) |
| 4 | *Frank Alvarez, Individually and as Representative of the Estate of Mary Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* )<br>)<br>)<br>) |
| 5 | |
| 6 | (06-6930) ) |
| 7 | *Clarence McCoy v. Pfizer Inc., et al.* )<br>) |
| 8 | (C-06-7404) ) |
| 9 | *Lottie Grixgby v. Pfizer Inc., et al.* (C-07-1039-CRB) )<br>) |
| 10 | *Gerald Johns v. Pfizer Inc., et al.* (C-07-1875 CRB) )<br>) |
| 11 | |
| 12 | *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* )<br>)<br>) |
| 13 | (C-07-2576 CRB) ) |
| 14 | *Phyllis Brewer v. Pfizer Inc., et al.* (C-07-5059 CRB) )<br>) |

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

*[signature: Austin W. Anderson]*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE